UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

DAVID SCOTT LONGHWAY,                Case No. 11-10947

       Plaintiff,                ARTHUR J. TARNOW
                                     SENIOR UNITED STATES
v.                                   DISTRICT JUDGE

COMMISSIONER OF SOCIAL               MAGISTRATE JUDGE
SECURITY,                            CHARLES E. BINDER

       Defendant.
_____/

### ORDER ADOPTING THE MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION [10]

On July 7, 2011, Magistrate Judge Binder issued a Report and Recommendation [10] that Defendant's unopposed Motion to Remand [9] should be granted. No objection was filed.

The Court has reviewed the record in this case.

The Report and Recommendation of the Magistrate Judge is hereby **ADOPTED** and is entered as the findings and conclusions of the Court.

Accordingly,

**IT IS ORDERED** that Defendant's Motion to Remand [9] is **GRANTED**.

**SO ORDERED**.


DATED:   August 2, 2011            S/ARTHUR J. TARNOW
                                   ARTHUR J. TARNOW
                                   United States Senior District Judge


    I hereby certify that a copy of the foregoing document was served upon counsel of record on August 2, 2011, by electronic and/or ordinary mail.

                              s/Shawntel R. Jackson
                              Case Manager